**DAVID CRYSTAL, INC., Appellant,**

v.

**HELENE CURTIS INDUSTRIES, INC., Appellee.**

**Patent Appeal No. 8943.**

United States Court of Customs and Patent Appeals.

April 19, 1973.

---

Ronald L. Panitch, Edward C. Gonda, Seidel, Gonda & Goldhammer, Philadelphia, Pa., attorneys of record, for appellant.

Lewis D. Konigsford, Chicago, Ill., attorney of record, for appellee.

Before MARKEY, Chief Judge, RICH, BALDWIN and LANE, Judges, and ALMOND, Senior Judge.

PER CURIAM.

This appeal is from the decision of the Trademark Trial and Appeal Board, reported at 168 USPQ 124 (1970), dismissing appellant's opposition to appellee's application [1] to register ICE CRYSTALS for bath oil. Appellant relied on its prior registrations [2] of trademarks including the word CRYSTAL for ladies' and misses' dresses, dress ensembles, coats, suits, blouses, skirts, men's wear, fabrics, piece goods, and the like, and alleged likelihood of confusion.

Having considered the decision of the board, all of the arguments presented by the parties, and the record before us, we affirm. We agree with the board that the respective marks neither look nor sound alike, and we agree that there is no reasonable likelihood of confusion or mistake.

Affirmed.

---

1. Application No. 292,271 filed March 1, 1968.

2. Reg. No. 404,730 Dec. 21, 1943
   Reg. No. 535,038 Dec. 19, 1950
   Reg. No. 556,557 Mar. 25, 1952
   Reg. No. 645,442 May 14, 1957
   Reg. No. 649,785 Aug.  6, 1957

   Reg. No. 650,556 Aug. 20, 1957
   Reg. No. 658,088 Feb.  4, 1958
   Reg. No. 706,704 Nov.  1, 1960
   Reg. No. 726,035 Jan.  2, 1962
   Reg. No. 756,133 Sept.  3, 1963
   Reg. No. 760,386 Nov. 19, 1963
   Reg. No. 764,347 Feb.  4, 1964
   Reg. No. 841,287 Dec. 26, 1967